UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

SAMUEL SAN MIGUEL,
Institutional ID No. 05687217,

    Plaintiff,

v.

    No. 5:25-CV-00033-H-BV

MICHAEL SEARCY, et al.,

    Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation that the Court deny Plaintiff's motion seeking injunctive relief. Plaintiff filed objections.

"The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(a)(3); see 28 U.S.C. § 636(b)(1). In contrast, the district judge reviews any unobjected-to findings, conclusions, and recommendations for plain error. The District Court independently examined the record and unobjected-to portions of the FCR for plain error. Additionally, the Court has conducted a de novo review of Plaintiff's brief objections—which amount to restatements of arguments made in his prior pleadings, conclusory statements, or mere disagreements with the wording of the FCR. The Court finds no error, overrules the objections, and accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

As a result, Plaintiff's motion, Dkt. No. 16, is denied.

This case is returned to the docket of the Honorable Amanda 'Amy' R. Burch to continue the judicial screening process under 28 U.S.C. §§ 1915(e)(2). *See* Dkt. No. 10.

So ordered.

Dated January 12, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge